# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of October, two thousand twenty-four.

Before:      Debra Ann Livingston,
                   *Chief Judge.*

---

In Re: Saifullah Khan,

          Petitioner,                 **ORDER**

*********************************

Saifullah Khan,                      Docket No. 24-2794

          Petitioner,

   v.

Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Jane Doe, Carole Goldberg,

          Respondents.

---

Petitioner Saifullah Khan has filed an emergency petition for a writ of mandamus.

IT IS HEREBY ORDERED that to the extent the Petitioner requests a decision today, the request is denied. The matter is expedited to the extent that the Clerk is directed to calendar the mandamus petition with the first available three-judge panel.

                    For the Court:
                    Catherine O'Hagan Wolfe,
                    Clerk of Court

