# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of October, two thousand twenty-four,

In Re: Saifullah Khan,

   Petitioner,

********************

Saifullah Khan,

   Petitioner,

 v.

Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Jane Doe, Carole Goldberg,

   Respondents.

**ORDER**
Docket No. 24-2794

  IT IS HEREBY ORDERED that the respondents shall file any responses to the petition by Monday, November 4, 2024.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

