**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 30, 2024
Docket #: 24-2794
Short Title: In Re: Saifullah Khan

DC Docket #: 3:19-cv-1966
DC Court: DISTRICT OF CONNECTICUT (BRIDGEPORT)
Trial Judge - Kari A. Dooley
Magistrate Judge - Maria E. Garcia

### REVISED NOTICE OF MOTION PLACED ON THE CALENDAR

A petition for writ of mandamus filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, November 12, 2024 at 10:00 am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.