## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Khan v. Yale University, et al.　　　　Docket No.: 24-2794

Lead Counsel of Record (name/firm) or Pro se Party (name): Brendan N. Gooley, Carlton Fields, P.C., One State Street, Suite 1800, Hartford, CT 06103

Appearance for (party/designation): Jane Doe/Defendant-Respondent

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.　See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
( ) Incorrect.　The following parties do not wish to participate in this appeal:
　　Parties: _____
( ) Incorrect.　Please change the following parties' designations:
　　Party　　　　　　　　　　　Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.　As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Brendan N. Gooley
Firm: Carlton Fields
Address: One State Street, Suite 1800
Telephone: 860.392.5036　　　　Fax: 860.392.5058
Email: bgooley@carltonfields.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.　The short title, docket number, and citation are:
Khan v. Yale University, No. 21-95-cv, 27 F.4th 805 (2022), 85 F.4th 86 (2023)
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.　The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on February 13, 2020 　OR that ( ) I applied for admission on _____ or renewal on _____.　If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Brendan N. Gooley
Type or Print Name: Brendan N. Gooley
　　　OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## **CERTIFICATION**

This is to certify that on the 4th day of November, 2024, a copy of the foregoing was filed electronically. Notice of the filing will be sent by e-mail to all parties by operation of the court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Brendan N. Gooley*