NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Khan v. Yale University, et al.　　　　Docket No.: 24-2794

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: James M. Sconzo

Firm: Carlton Fields

Address: One State Street, Suite 1800, Hartford, CT 06103

Telephone: 860.392.5022　　　Fax: 860.392.5058

E-mail: jsconzo@carltonfields.com

Appearance for: Jane Doe/Defendant-Respondent
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Brendan N. Gooley, Carlton Fields )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 15, 2024　　OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ James M. Sconzo

Type or Print Name: James M. Sconzo

## **CERTIFICATION**

  This is to certify that on the 4th day of November, 2024, a copy of the foregoing was filed electronically. Notice of the filing will be sent by e-mail to all parties by operation of the court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

          */s/ James M. Sconzo*