# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Saifullah Khan v. Yale University, et al.　　　Docket No.: 24-2794

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Giovanna Tiberii Weller

Firm: Carmody Torrance Sandak & Hennessey LLP

Address: 195 Church Street, New Haven, CT 06509

Telephone: 203-777-5501　　　Fax: 203-784-3199

E-mail: gweller@carmodylaw.com

Appearance for: Yale University, Jonathan Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Peter Salovey, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Patrick M. Noonan, Carmody Torrance Sandak & Hennessey, LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/24/21　　OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Giovanna Tiberii Weller

Type or Print Name: Giovanna Tiberii Weller