# 24-2794

## IN THE
## United States Court of Appeals
FOR THE SECOND CIRCUIT

---

**SAIFULLAH KHAN,**
*Petitioner,*

v.

**YALE UNIVERSITY, PETER SALOVEY, JONATHON HALLOWAY, MARVIN CHUN, JOE GORDON, DAVID POST, MARK SOLOMON, ANN KUHLMAN, LYNN COOLEY, PAUL GENECIN, STEPHANIE SPANGLER, SARAH DEMERS, CAROLE GOLDBERG, UNKNOWN PERSONS,**
*Respondents,*

**JANE DOE,**
*Respondent.*

---

ON PETITION FOR A WRIT OF MANDAMUS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT, NO. 3:19-cv-01966-KAD

---

### OBJECTION OF THE RESPONDENTS
YALE UNIVERSITY, JONATHAN HOLLOWAY, MARVIN CHUN, JOE GORDON, DAVID POST, MARK SOLOMON, PETER SALOVEY, ANN KUHLMAN, LYNN COOLEY, PAUL GENECIN, STEPHANIE SPANGLER, SARAH DEMERS, AND CAROLE GOLDBERG

Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct404512)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501

November 4, 2024

{N6028346}

## TABLE OF AUTHORITIES

**Case**

*Maye v. City of New Haven,*
 89 F.4th 403 (2d Cir. 2023).................................................................................. 4

## THIS COURT SHOULD MAINTAIN THE ANONYMITY ORDER, WHICH IS CURRENTLY UNDER REVIEW BY THE DISTRICT COURT

Yale University and the twelve individual Yale University Respondents (collectively, "Yale Respondents"), respectfully submit that this Court should not exercise its extraordinary power of mandamus to disturb the district court orders concerning anonymity and confidentiality. The Magistrate Judge's Order dated October 21, 2024 (ECF 216), which is the subject of this petition, allowed the Petitioner to provide the documents requested by the United States Citizenship and Immigration Services while maintaining the confidentiality of Respondent Jane Doe's identity.

Maintaining Ms. Doe's anonymity was not contested at the inception of the case. In fact, the Petitioner initially filed a motion for permission to litigate claims against Ms. Doe using a pseudonym when he filed his complaint in December 2019 to protect her confidentiality. (ECF 7). The Yale Respondents filed a memorandum in support of the motion. (ECF 9). The District Court granted the motion. (ECF 12).

It was not until more than four years later that the Petitioner moved to vacate the pseudonym order protecting Ms. Doe's confidentiality. (ECF 89). The Yale Respondents filed a memorandum in opposition to the Petitioner's motion to

vacate, and Ms. Doe moved to continue her anonymity (ECF 102 and103, respectively).

By order dated June 19, 2024 (ECF 119), Magistrate Judge Garcia denied the Petitioner's motion to vacate the order and granted Ms. Doe's motion to continue anonymity ("Anonymity Order"). The Petitioner has filed a Local Rule 72.2 Objection in the District Court challenging the validity of the Anonymity Order (ECF 152). That Objection is presently under review by the District Court.

The process for review of a district court's orders should not be circumvented using the drastic power of the writ of mandamus. "Mandamus is a drastic and extraordinary remedy, [and] only exceptional circumstances amounting to a judicial usurpation of power or a clear abuse of discretion will justify its invocation." *Maye v. City of New Haven*, 89 F.4th 403, 408 n.2 (2d Cir. 2023) (internal quotation marks and citation omitted). The Yale Respondents urge this Court to keep in place the Anonymity Order for the reasons fully articulated in Ms. Doe's Objection to the Mandamus Petition.

Respectfully submitted,
Yale University, Jonathan Holloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Peter Salovey, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, and Carole Goldberg

By: /s/ Patrick M. Noonan
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct404512)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Email: pnoonan@carmodylaw.com
gweller@carmodylaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), this Objection to Mandamus Petition complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5), and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionately spaced typeface using Microsoft Word for Microsoft Office 367 version 2208 in 14-point Times New Roman font; this brief contains 367 words.

Dated:  November 4, 2024

Giovanna Tiberii Weller

## CERTIFICATE OF SERVICE

This is to certify that on November 4, 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

Giovanna Tiberii Weller