# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In re: Saifullah Khan    Docket No.: 24-2794,

Lead Counsel of Record (name/firm) or Pro se Party (name): Mario Cerame / Brignole, Bush & Lewis LLC

Appearance for (party/designation): Saifullah Khan

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.    Please change the following parties' designations:
    Party                                   Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.    The short title, docket number, and citation are: 21-95
Khan v. Yale Univ., 85 F.4th 86 (2d Cir. 2023); Khan v. Yale Univ., 27 F.4th 805 (2d Cir. 2022), certified question answered, 347 Conn. 1, 295 A.3d 855 (2023)
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on (admitted 4.25.2022) _____ OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Mario Cerame
Type or Print Name: Mario Cerame
            OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.