UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

IN RE: SAIFULLAH KHAN : CoA No. 24-2794

: Trial Docket: 3:19-cv-1966 (KAD/MEG)

: NOVEMBER 7, 2024

## EMERGENCY MOTION FOR LEAVE TO FILE REPLY

Petitioner requests leave to file a brief reply brief consisting of no more than 2300 words, aside from caption, signature, certifications, and appendix. Respondents **do not consent.** The proposed reply concerns:

1) A letter from the Department of Homeland Security (DHS), dated November 4, 2024, extending the deadline to submit evidence to November 25, 2024—this affects the mootness argument in the response brief;

2) A transcript provided by the Connecticut Superior Court on November 7, 2024, which renders it impossible to comply with the order of the Magistrate Judge, identifying Doe by name hundreds of times;

3) Other mootness claims raised by Respondents;

4) Why the law and circumstances tilt toward deportation to Afghanistan under the IIRIRA §241(b)(2)—which Respondents contest without citation to authority;

5) Clarifying that pseudonymity is neither a compelling interest nor lawful in this context; and

1

2

6) Clarifying that the legal standard for "harassment" is not met and that criminal harassment statutes are a less speech restrictive alternative than a prior restraint.

Petitioner has attached as supporting documentation the November 4, 2024 letter from DHS and a proposed draft reply brief.

These are circumstances and arguments that were not or could not be anticipated before filing the petition. If they had been anticipated or if they had been possible to address, they would have been briefed. The briefing requested is minimal and has a likelihood to aid the tribunal by way of the adversarial process. Although ordinarily the rules do not allow for reply briefs on a mandamus, these circumstances are unusual and both there is good cause and there are compelling reasons to allow for the reply. Accordingly, the motion should be granted.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | SAIFULLAH KHAN |
| NOVEMBER 7, 2024 | /s/ Mario Cerame ct30125 |
|  | Mario Cerame |
|  | Brignole, Bush & Lewis LLC |
|  | 73 Wadsworth Street |
|  | Hartford, Connecticut 06106 |
|  | T: 860.527.9973 |
|  | F: 860.527.5929 |
|  | E: mario@brignole.com |
|  | HIS ATTORNEYS |

## CERTIFICATION

I hereby certify that on November 7, 2024, a copy of the foregoing and attached supporting documents was filed electronically or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the ACMS System.

This document complies, to the best of counsel's ability, with FRAP limitations on word count or pages. Supporting documents do not exceed 50 pages, and accordingly hard copies are not provided..

/s/_____
Mario Cerame

## CERTIFICATE OF SERVICE

I hereby certify that on NOVEMBER 7, 2024, a copy of the foregoing was served and documents in support on the following judges, counsel, and parties by way of **ACMS**; in addition to by way of US mail on judges:

The Honorable Kari A. Dooley, United States District Court Judge
United States Courthouse, 915 Lafayette Boulevard, Suite 417
Bridgeport, Connecticut 06604

The Honorable Maria E. Garcia, United States Magistrate Judge
Richard C. Lee United States Courthouse, 141 Church Street
New Haven, CT 06510

Alexander T Taubes, Esq.; alextt@gmail.com

Patrick Noonan, Esq.; pnoonan@carmodylaw.com
Giovanna Weller, Esq.; gweller@carmodylaw.com
Maria Laurato, Esq.; mlaurato@carmodylaw.com

James Sconzo, Esq.; jsconzo@carltonfields.com
Brendan Gooley, Esq.; bgooley@carltonfields.com

Yale University
Peter Salovey
Jonathon Halloway
Marvin Chun
Joe Gordon
David Post
Mark Solomon
Ann Kuhlman
Lynn Cooley
Paul Genecin
Stephanie Spangler
Sarah Demers
Jane Doe
Carole Goldberg

/s/ _____
Mario Cerame

4