## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 3:19-cv-1966

**Caption [use short title]**

**Motion for:** Emergency Motion for

Leave to File Reply

In re: Saifullah Khan

Set forth below precise, complete statement of relief sought:

Leave to file 2300 word reply to Respondents'

response that was filed 11.4.24 and two exhibits.

**MOVING PARTY:** Saifullah Khan                    **OPPOSING PARTY:** Yale University; Jane Doe

☐ Plaintiff            ☐ Defendant

☑ Appellant/Petitioner      ☐ Appellee/Respondent

**MOVING ATTORNEY:** Mario Cerame          **OPPOSING ATTORNEY:** Brendan Gooley (for Jane Doe)

[name of attorney, with firm, address, phone number and e-mail]

Brignole, Bush & Lewis, 73 Wadsworth Street | Carlton Fields, One State Street, Ste 1800

Hartford, CT 06106 | Hartford, CT 06103

860.527.9973  mario@brignole.com | 860-392-5036  bgooley@carltonfields.com

**Court- Judge/ Agency appealed from:** Hon. Maria E. Garcia, US Magistrate Judge

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☑ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☑ No
Requested return date and explanation of emergency:
Letter from DHS revising response date from October 24, 2024 ti November 25, 2024,
which may affect mootness argument by Respondents; state court document
issued 11.7.24 that may affect jurisdiction or merits; hearing on mandamus on 11.12.24

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

Is oral argument on motion requested?  ☑ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Mario Cerame ct30125   **Date:** 11.7.24      Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Mario Cerame

**Form T-1080** (rev.12-13)