UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 3:19-cv-1966

**Caption [use short title]**

**Motion for:** Emergency Motion for Leave to File Reply

In re: Saifullah Khan

**Set forth below precise, complete statement of relief sought:**

Leave to file 2300 word reply to Respondents' response that was filed 11.4.24 and two exhibits.

**MOVING PARTY:** Saifullah Khan
**OPPOSING PARTY:** Yale University; Jane Doe

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Mario Cerame
**OPPOSING ATTORNEY:** Giovanna T. Weller (for Yale)

[name of attorney, with firm, address, phone number and e-mail]

Brignole, Bush & Lewis, 73 Wadsworth Street
Hartford, CT 06106
860.527.9973   mario@brignole.com

Carmody Torrance Sendak & Hennessey, 50 Leavenworth St., PO Box 1110
Waterbury, CT 06721-1110
203-573-1200   gweller@carmodylaw.com

**Court- Judge/ Agency appealed from:** Hon. Maria E. Garcia, US Magistrate Judge

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☑ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☑ No
Requested return date and explanation of emergency:
Letter from DHS revising response date from October 24, 2024 ti November 25, 2024, which may affect mootness argument by Respondents; state court document issued 11.7.24 that may affect jurisdiction or merits; hearing on mandamus on 11.12.24

Is oral argument on motion requested?   ☑ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Mario Cerame ct30125   **Date:** 11.7.24   Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Mario Cerame

Form T-1080 (rev.12-13)