UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| IN RE SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
| Petitioner, | : | 24-2794 |
| | : | |
| | : | NOVEMBER 8, 2024 |

**PARTIAL OBJECTION TO PETITIONER'S MOTION FOR LEAVE TO FILE REPLY**

Respondent Jane Doe ("Jane") respectfully objects in part to Petitioner's Motion For Leave To File Reply Brief.

Jane does *not* object to the portion of Petitioner's Motion that notifies the Court of DHS's November 4, 2024 letter. That letter appears to be a new development that occurred after Petitioner filed his Petition as a result of issues outside of his control.

Jane objects to the remainder of Petitioner's Motion. As Judge Garcia found, Petitioner has been on notice of the issues surrounding the criminal trial transcript since July 2024. He has no excuse for not obtaining the transcript until days before oral argument. The Court should not consider Petitioner's belated submission.

The remainder of Petitioner's new arguments could have been raised and briefed earlier and that is prejudicial to Jane. (*E.g.*, Jane's Objection to Petitioner's Motion To Vacate (attached to Jane's Objection as Exhibit C (ECF 16 in this Court, ECF 212 in the District Court)); Jane's Objection to Petitioner's Motion To Stay (attached to Jane's Objection as Exhibit S (ECF 16 in this Court, ECF 203 in the District Court)); *see also, e.g.*, Exhibits L (ECF 103 in the District Court), M (ECF 119 in the District Court), O (ECF 152 in the District Court) to Jane's Opposition.)

DEFENDANT JANE DOE,

By: _/s/ Brendan N. Gooley_
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS, P.A.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: 860-392-5000
    Fax: 860-392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

Her Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that on this 8th day of November 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

*/s/ Brendan N. Gooley*
Brendan N. Gooley
