UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of November, two thousand twenty-four,

In Re: Saifullah Khan,

  Petitioner,

*********************

Saifullah Khan,

  Petitioner,

 v.

Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Jane Doe, Carole Goldberg,

  Respondents.

**ORDER**
Docket No. 24-2794

  Petitioner moves for leave to file a reply. Dkt. No. 26. To the extent Petitioner seeks to supplement the record with the letter contained at Dkt. No. 26.4 at 14, the motion is GRANTED. In every other respect, the motion is DENIED.

  For The Court:
  Catherine O'Hagan Wolfe,
  Clerk of Court