**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: November 15, 2024
Docket #: 24-2794
Short Title: In Re: Saifullah Khan

DC Docket #: 3:19-cv-1966
DC Court: DISTRICT OF CONNECTICUT (BRIDGEPORT)
Trial Judge - Kari A. Dooley
Magistrate Judge - Maria E. Garcia

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8565.