D. Conn.
19-cv-1966
Dooley, J.
Garcia, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand twenty-four.

Present:

>Dennis Jacobs,
>Reena Raggi,
>Myrna Pérez,
>>*Circuit Judges*.

---

In Re: Saifullah Khan,

>Petitioner,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Saifullah Khan,

>Petitioner,

v.

Yale University, et al.,

>Respondents.

24-2794

---

Petitioner, through counsel, has filed a petition for a writ of mandamus challenging a magistrate judge's non-disclosure orders. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that he lacks an adequate, alternative means of obtaining relief, that his right to the writ is clear and indisputable, and that granting the writ is appropriate under the circumstances. *See Linde v. Arab Bank, PLC,* 706 F.3d 92, 107-08 (2d Cir. 2013). We expect that the district court will consider any timely challenges to the magistrate judge's orders in an appropriately expeditious manner, mindful of the November 25, 2024 deadline for Petitioner's submission to the Department of Homeland Security.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/15/2024